## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| 1 THRASIO ONE, INC., | Case No. 24-11840 (CMG) |
| Reorganized Debtor. | (Jointly Administered) |
| META ADVISORS, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust, | Adv. Proc. No. 24-01637-CMG |
| Plaintiff, | |
| vs. | |
| JOSHUA SILBERSTEIN; CARLOS CASHMAN; DANIEL BOOCKVAR; JOSEPH FALCAO; MOUNIR OUHADI; ADITYA RATHOD; ARI HOROWITZ; EVERYTHING'S COMING UP MILLHOUSE, LLC; CASHMAN FAMILY INVESTMENT II, LLC; HUDSON PALM LLC; and YARDLINE CAPITAL CORP., | |
| Defendants. | |

**DECLARATION OF ARI HOROWITZ IN SUPPORT OF
YARDLINE CAPITAL CORP.'S MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

ARI HOROWITZ, under penalties of perjury, hereby declares as follows:

1. I am the Executive Director of Yardline Capital Corp. ("Yardline"), a defendant in this matter, and as such I am fully familiar with this matter.

2. I submit this declaration in support of Yardline's Motion to Dismiss Plaintiff's Complaint.

1

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Stock Purchase Agreement dated January 13, 2022 between Yardline, Swiftline Corp. and Thrasio LLC, whereby Thraso sold to Swiftline Corp. 100% of the issued and outstanding capital stock of Yardline.

Dated:    New York, New York
         March 3, 2025

                                        <u>/s/ Ari Horowitz</u>
                                        Ari Horowitz

# **EXHIBIT A**

**EXHIBIT A**