UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Telephone: (212) 972-3000<br>Facsimile: (212) 972-2245<br>John E. Jureller, Jr.<br><br>*Attorneys for Defendant Yardline Capital Corp.* | |
|---|---|
| In re:<br><br>1 THRASIO ONE, INC.,<br>*Reorganized Debtor*. | Chapter 11<br>Case No. 24-11850-CMG<br>(Jointly Administered) |
| META ADVISORS, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust,<br>*Plaintiff*,<br>v.<br>JOSHUA SILBERSTEIN; CARLOS CASHMAN; DANIEL BOOCKVAR; JOSEPH FALCAO; MOUNIR OUHADI; ADITYA RATHOD; ARI HOROWITZ; EVERYTHING'S COMING UP MILLHOUSE, LLC; CASHMAN FAMILY INVESTMENT II, LLC; HUDSON PALM LLC; AND YARDLINE CAPITAL CORP.,<br>*Defendants*. | Adv. Pro. No. 24-01637-CMG<br><br>**NOTICE OF MOTION: YARDLINE CAPITAL CORP.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**PLEASE TAKE NOTICE** that Defendant Yardline Capital Corp., by and through its counsel, will move the United States Bankruptcy Court for the District of New Jersey, before the Honorable Christine M. Gravelle, in Courtroom #3, at the Courthouse located at 402 East State Street, Trenton, New Jersey, on 24th day of June, 2025 at 10:00 a.m. or such other day as the

Court determines, for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), dismissing the complaint of META Advisors, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust, as against Yardline Capital Corp., together with such other and further relief as this Court deems just and proper.

Dated: March 3, 2025

                                        */s/John E. Jureller, Jr.*
                                        John E. Jureller, Jr.
                                        KLESTADT WINTERS JURELLER
                                        SOUTHARD & STEVENS, LLP
                                        200 West 41st Street, 17th Floor
                                        New York, NY 10036
                                        Tel.: (212) 972-3000
                                        Fax: (212) 972-2245
                                        Email: jjureller@klestadt.com

                                        *Attorneys for Defendant Yardline Capital Corp.*

Copy to counsel for all parties in this Adversary Proceeding, via ECF