UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jae H. Cho, Esq.
**FELICELLO LAW P.C.**
100 Plainfield Ave., Ste 8E
Edison, NJ 08817
Telephone: 732-545-9600
Email: jae@felicellolaw.com

Michael James Maloney, Esq. (*pro hac vice* pending)
**FELICELLO LAW P.C.**
366 Madison Ave, 3rd Floor
New York, NY 10017
Telephone: (212) 584-7806
Direct: (646) 564-3510
Email: mmaloney@felicellolaw.com
*Counsel for Joseph Falcao*

| | |
|---|---|
| In re:<br><br>1 THRASIO ONE, INC.,<br><br>*Reorganized Debtor.* | Chapter 11<br><br>Case No. 24-11850 (CMG) |
| META ADVISORS, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust,<br><br>*Plaintiff*,<br><br>v.<br><br>JOSHUA SILBERSTEIN; CARLOS CASHMAN; DANIEL BOOCKVAR; JOSEPH FALCAO; MOUNIR OUHADI; ADITYA RATHOD; ARI HOROWITZ; EVERYTHING'S COMING UP MILLHOUSE, LLC; CASHMAN FAMILY INVESTMENT II, LLC; HUDSON PALM LLC; and YARDLINE CAPITAL CORP.,<br><br>*Defendants*. | Adv. Pro. No. 24-01637 |

**NOTICE OF MOTION BY DEFENDANT JOSEPH FALCAO TO COMPEL ARBITRATION AND STAY OR, IN THE ALTERNATIVE, TO DISMISS**

PLEASE TAKE NOTICE that, upon the Complaint in this adversary proceeding, including items referenced in or that are integral to the Complaint, the accompanying certification of Jae H. Cho, the exhibit thereto, and the accompanying memorandum of law, defendant Joseph Falcao a/k/a José Falcao ("Movant") will move the United States District Court for the District of New Jersey, on the 24th day of June 2025 at 10:00 a.m. or such other date and time set by that Court, for an order, pursuant to 9 U.S.C. §§ 1 et seq. compelling plaintiff META ADVISORS, LLC, Trustee of the Thrasio Legacy Trust ("Plaintiff"), to arbitrate all claims as against Movant and to stay this action pending issuance of a final award or, in the alternative, dismissing all claims as against Movant pursuant Fed. R. Civ. P. 12(b), and for such other or further relief as the Court deems just and proper.

Dated:  March 3, 2025         **Felicello Law P.C.**

   _/s/ Jae H. Cho_
Michael James Maloney, Esq. (*pro hac vice* pending)
366 Madison Ave, 3rd Floor
New York, NY 10017
Telephone:  (212) 584-7806
Direct:  (646) 564-3510
Email:  mmaloney@felicellolaw.com

and

Jae H. Cho, Esq.
100 Plainfield Ave., Ste 8E
Edison, NJ 08817
Telephone:  732-545-9600
Email: jae@felicellolaw.com

*Counsel for Joseph Falcao*