UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Telephone: (212) 972-3000<br>Facsimile: (212) 972-2245<br>John E. Jureller, Jr.<br><br>*Local Counsel for Defendants Ari Horowitz and Hudson Palm, LLC* | |
| In re:<br><br>1 THRASIO ONE, INC.,<br><br>*Reorganized Debtor*. | Chapter 11<br>Case No. 24-11850-CMG<br>(Jointly Administered) |
| META ADVISORS, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust,<br>*Plaintiff*,<br>v.<br>JOSHUA SILBERSTEIN; CARLOS CASHMAN; DANIEL BOOCKVAR; JOSEPH FALCAO; MOUNIR OUHADI; ADITYA RATHOD; ARI HOROWITZ; EVERYTHING'S COMING UP MILLHOUSE, LLC; CASHMAN FAMILY INVESTMENT II, LLC; HUDSON PALM LLC; AND YARDLINE CAPITAL CORP.,<br>*Defendants*. | Adv. Pro. No. 24-01637-CMG<br><br>**HON. CHRISTINE M. GRAVELLE** |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL ON BEHALF OF DEFENDANTS ARI HOROWITZ AND HUDSON PALM, LLC**

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance as local counsel in this case on behalf of Defendants Ari

Page 2 of 2
Debtor: 1 Thrasio One, Inc., Case No. 24-11840 (CMG)
Adv. Proc.: META Advisors, LLC et al. v. Silberstein et al.
Adv Proc. No. 24-01637 (CMG)
Caption: NOTICE OF APPEARANCE AS LOCAL COUNSEL ON BEHALF OF DEFENDANTS ARI HOROWITZ AND HUDSON PALM, LLC
_____

Horowitz and Hudson Palm, LLC.  Request is made that the documents filed in this case and

identified below be served on the undersigned at this address:

ADDRESS:

        John E. Jureller, Jr.
        Klestadt Winters Jureller Southard & Stevens, LLP
        200 West 41st Street, 17th Floor
        New York, New York 10036
        Tel. (212) 972-3000
        Fax: (212) 972-2245
        Email: jjureller@klestadt.com

DOCUMENTS:

    X. All Notices entered pursuant to Fed. R. Bankr. P. 2002.

    X. All documents and pleadings of any nature.

Dated: March 14, 2025

                          */s/John E. Jureller, Jr.*
                          John E. Jureller, Jr.