**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>Howard J. Kaplan (admitted *pro hac vice*)<br>Michelle A. Rice (admitted *pro hac vice*)<br>KAPLAN RICE LLP<br>142 W. 57th Street, Suite 4A<br>New York, NY 10019<br>Tel. (212) 235-0300<br>*Attorneys for Defendant Ari Horowitz*<br><br>John Jureller, Jr.<br>(NJ Bar No. 056361993)<br>Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036.<br>Telephone: 212-679-5315<br>Email: jjureller@klestadt.com<br>*Attorneys for Defendants Ari Horowitz and Hudson Palm, LLC* | |
| In re:<br><br>1 THRASIO ONE, INC.,<br><br>　　　　　　　　*Reorganized Debtor*[1] | Chapter 11<br><br>Case No. 24-11850-CMG<br><br>(Jointly Administered) |
| META ADVISORS, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>JOSHUA SILBERSTEIN; CARLOS CASHMAN; DANIEL BOOCKVAR; JOSEPH FALCAO; MOUNIR OUHADI; ADITYA RATHOD; ARI HOROWITZ; EVERYTHING'S COMING UP MILLHOUSE, LLC; CASHMAN FAMILY INVESTMENT II, LLC; HUDSON PALM LLC; AND YARDLINE CAPITAL CORP.,<br><br>　　　　　　　　Defendants. | Adv. Pro. No. 24-01637-CMG |

## NOTICE OF MOTION BY DEFENDANTS ARI HOROWITZ AND HUDSON PALM LLC TO DISMISS PLAINTIFF'S COMPLAINT

---

[1] The last four digits of Reorganized Debtor's tax identification number are 4771. The Reorganized Debtor's service address for purposes of this chapter 11 case is 85 West Street, 3rd Floor, Walpole, MA, 02081.

{00130468.1}

TO: ALL PARTIES IN INTEREST LISTED ON THE CERTIFICATION OF SERVICE.

**PLEASE TAKE NOTICE** that on June 24, 2025, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall move before the Honorable Christine M. Gravelle, United States Bankruptcy Court Judge for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, on behalf of defendants Ari Horowitz and Hudson Palm, LLC, for an Order dismissing plaintiff's Complaint against them.

**PLEASE TAKE FURTHER NOTICE** that, as provided in the Joint Stipulation on Motion for an Extension of Time (ECF No. 94), any opposition to this motion shall be filed and served on or before May 28, 2025, and any reply in support of this motion shall be filed on or before June 16, 2025.

Executed on:  March 17, 2025

/s/ *John E. Jureller, Jr.*
John E. Jureller, Jr.
(NJ Bar No. 056361993)
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036.
Telephone: 212-679-5315
Email: jjureller@klestadt.com
*Local Counsel for Defendants Ari Horowitz and Hudson Palm, LLC*

Howard J. Kaplan (admitted *pro hac vice*)
Michelle A. Rice (admitted *pro hac vice*)
KAPLAN RICE LLP
142 W. 57th Street, Suite 4A
New York, NY 10019
Tel. (212) 235-0300
*Attorneys for Defendant Ari Horowitz*

{00130468.1}