Order Filed on November 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>James S. Carr, Esq.<br>Connie Choe, Esq.<br>**KELLEY DRYE & WARREN LLP**<br>7 Giralda Farms, Suite 340,<br>Madison, New Jersey 07940<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>Email: jcarr@kelleydrye.com<br>       cchoe@kelleydrye.com<br><br>Lorenzo Marinuzzi, Esq.<br>Douglas Mannal, Esq. (admitted *pro hac vice*)<br>Jamie A. Levitt, Esq.<br>Theresa A. Foudy, Esq. (admitted *pro hac vice*)<br>J. Alexander Lawrence (admitted *pro hac vice*)<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: lmarinuzzi@mofo.com<br>       dmannal@mofo.com<br>       jlevitt@mofo.com<br>       tfoudy@mofo.com<br>       alawrence@mofo.com<br>*Counsel for Thrasio Legacy Trust* | |
| In re:<br><br>1 THRASIO ONE, INC.,<br><br>        *Reorganized Debtor.* | Chapter 11<br><br>Case No. 24-11850 (CMG) |
| META ADVISORS, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust,<br><br>        *Plaintiff,*<br><br>v.<br><br>JOSHUA SILBERSTEIN; CARLOS CASHMAN; DANIEL BOOCKVAR; JOSEPH FALCAO; MOUNIR OUHADI; ADITYA RATHOD; ARI HOROWITZ; EVERYTHING'S COMING UP MILLHOUSE, LLC; CASHMAN FAMILY INVESTMENT II, LLC; HUDSON PALM LLC; AND YARDLINE CAPITAL CORP.,<br><br>        *Defendants.* | Adv. Pro. No. 24-01637 (CMG) |

**DATED: November 17, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page:      2
Debtor:    1 Thrasio One, Inc.
Case No.:  24-11850 (CMG)
Adversary Proceeding No.:   24-1637 (CMG)
Caption:   Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case

# JOINT STIPULATION AND AGREED ORDER ADJOURNING PRETRIAL CONFERENCE AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS ADVERSARY PROCEEDING AND STAYING CASE

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED**.

| | |
|---|---|
| Page: | 3 |
| Debtor: | 1 Thrasio One, Inc. |
| Case No.: | 24-11850 (CMG) |
| Adversary Proceeding No.: | 24-1637 (CMG) |
| Caption: | Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case |

META Advisors, LLC, solely in its capacity as trustee ("Plaintiff") of the Thrasio Legacy Trust, the successor-in-interest to the claims of Thrasio Holdings, Inc. and its affiliated debtors and the above captioned defendants, Joshua Silberstein; Carlos Cashman; Daniel Boockvar; Joseph Falcao; Mounir Ouhadi; Aditya Rathod; Ari Horowitz; Everything's Coming Up Millhouse, LLC; Cashman Family Investment II, LLC; Hudson Palm, LLC; and Yardline Capital Corp. (collectively, "Defendants"), jointly stipulate as follows:

WHEREAS, on December 3, 2024, Plaintiff filed the complaint (the "Complaint") [Docket No. 1] against Defendants, initiating the above-captioned adversary proceeding.

WHEREAS, on March 3, 2025 and March 17, 2025, the following motions (collectively, the "Motions to Dismiss") were filed: (i) Defendant Yardline Capital Corp.'s Motion to Dismiss [Docket No. 62]; (ii) Defendants Joshua Silberstein's and Everything's Coming Up Millhouse, LLC's Motion to Dismiss [Docket No. 63]; (iii) Defendant Joseph Falcao's Motion to Compel Arbitration and Stay or, in the Alternative, to Dismiss [Docket No. 65]; (iv) Defendant Daniel Boockvar's Motion to Compel Arbitration and Stay, or, in the Alternative, to Dismiss [Docket No. 66]; and (v) Defendants Carlos Cashman's, Mounir Ouhadi's, Aditya Rathod's, and Cashman Family Investment II, LLC's Motion to Dismiss [Docket No. 67]; and (vi) Defendants Ari Horowitz's and Hudson Palm LLC's Motions to Dismiss [Docket No. 109].

WHEREAS, the Motions to Dismiss set a hearing on the Motions to Dismiss (the "Motion to Dismiss Hearing") for 10:00 a.m. on June 24, 2025.

WHEREAS, on April 9, 2025, the Court entered a Joint Stipulation and Agreed Order adjourning the Pretrial Conference to 3:00 p.m. on July 15, 2025 [Docket No. 116].

| | |
|---|---|
| Page: | 4 |
| Debtor: | 1 Thrasio One, Inc. |
| Case No.: | 24-11850 (CMG) |
| Adversary Proceeding No.: | 24-1637 (CMG) |
| Caption: | Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case |

**WHEREAS**, on May 12, 2025, Plaintiff filed an omnibus opposition to the Motions to Dismiss [Docket No. 118].

**WHEREAS**, on June 5, 2025, the Court granted an Adjournment Request adjourning the Motion to Dismiss Hearing to 10:00 a.m. on July 15, 2025 [Docket No. 120].

**WHEREAS**, on June 16, 2025, the Defendants filed replies in support of the Motions to Dismiss [Docket Nos. 121, 122, 123, 125, 127 and 130].

**WHEREAS**, on July 2, 2025, the Court entered a Joint Stipulation and Agreed Order adjourning the Pretrial Conference and Motion to Dismiss Hearing to October 7, 2025 [Docket No. 136].

**WHEREAS**, on October 3, 2025, the Court entered a Joint Stipulation and Agreed Order adjourning the Pretrial Conference and Motion to Dismiss Hearing to November 18, 2025 [Docket No. 141].

**WHEREAS**, the Parties have reached an agreement in principle to settle the above-captioned action, subject to the drafting and execution of a formal settlement agreement and approval by the Court pursuant to Federal Rule of Bankruptcy Procedure 9019.

**WHEREAS**, Plaintiff is preparing a motion for Court approval of the settlement pursuant to Federal Rule of Bankruptcy Procedure 9019.

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED:**

1.  This Joint Stipulation and Agreed Order is granted as and to the extent set forth herein.

| | |
|---|---|
| Page: | 5 |
| Debtor: | 1 Thrasio One, Inc. |
| Case No.: | 24-11850 (CMG) |
| Adversary Proceeding No.: | 24-1637 (CMG) |
| Caption: | Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case |

2. The Pretrial Conference and Motion to Dismiss Hearing currently set for November 18, 2025, is hereby adjourned.

3. If by December 5, 2025 the Parties have not finalized their formal settlement agreement and/or no motion for Court approval pursuant to Federal Rule of Bankruptcy Procedure 9019 has been filed, the Parties shall submit a joint status report to the Court.

4. The above-captioned action is otherwise hereby stayed.

IT IS FURTHER STIPULATED AND AGREED that this Joint Stipulation and Agreed Order is without prejudice to any and all defenses or objections to the lawsuit, the Court's jurisdiction, or the venue of the action.

[*Remainder of page intentionally left blank*]

Page: 6
Debtor: 1 Thrasio One, Inc.
Case No.: 24-11850 (CMG)
Adversary Proceeding No.: 24-1637 (CMG)
Caption: Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case

Dated: November 13, 2025

**KELLEY DRYE & WARREN LLP**

*/s/ James S. Carr*
James S. Carr, Esq.
Connie Choe, Esq.
7 Giralda Farms, Suite 340,
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
Email: jcarr@kelleydrye.com
       cchoe@kelleydrye.com

*Co-Counsel for Thrasio Legacy Trust*

-and-

**MORRISON & FOERSTER LLP**
Lorenzo Marinuzzi, Esq.
Douglas Mannal, Esq. (admitted *pro hac vice*)
Jamie A. Levitt, Esq.
Theresa A. Foudy, Esq. (admitted *pro hac vice*)
J. Alexander Lawrence (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: lmarinuzzi@mofo.com
       dmannal@mofo.com
       jlevitt@mofo.com
       tfoudy@mofo.com
       alawrence@mofo.com

*Counsel for Thrasio Legacy Trust*

Page: 7
Debtor: 1 Thrasio One, Inc.
Case No.: 24-11850 (CMG)
Adversary Proceeding No.: 24-1637 (CMG)
Caption: Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case

Dated: November 13, 2025    **FELICELLO LAW P.C.**

*/s/ Michael James Maloney*
Michael James Maloney, Esq. (admitted *pro hac vice*)
Rosanne E. Felicello, Esq. (*pro hac vice* forthcoming)
366 Madison Ave, 3rd Floor
New York, NY 10017
Telephone: (212) 584-7806
Direct: (646) 564-3510
Email: mmaloney@felicellolaw.com
Email: rosanne@felicellolaw.com

and

Jae H. Cho, Esq.
100 Plainfield Ave., Ste 8E
Edison, NJ 08817
Telephone: 732-545-9600
Email: jae@felicellolaw.com

*Counsel for Joseph Falcao*

Page: 8
Debtor: 1 Thrasio One, Inc.
Case No.: 24-11850 (CMG)
Adversary Proceeding No.: 24-1637 (CMG)
Caption: Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case

---

Dated: November 13, 2025

/s/ Joshua D.N. Hess
John G. Doyle
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801

Joshua D. N. Hess, Esq. (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor,
San Francisco, CA 94111-4109
Telephone: (415) 774-2945
Email: jdhess@sheppardmullin.com

*Counsel for Defendants Carlos Cashman, Mounir Ouhadi, Adiya Rathod, and Cashman Family Investment II, LLC*

Page:       9
Debtor:     1 Thrasio One, Inc.
Case No.:   24-11850 (CMG)
Adversary Proceeding No.:   24-1637 (CMG)
Caption:    Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case

Dated:  November 13, 2025            **AKERMAN LLP**

s/ *Mark S. Lichtenstein*
Mark S. Lichtenstein
mark.lichtenstein@akerman.com
Martin Domb (admitted *pro hac vice*)
martin.domb@akerman.com
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Tel.: (212) 880-3800

John Thompson (admitted *pro hac vice*)
john.thompson@akerman.com
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Tel.: (202) 824-1760

*Attorneys for Defendants Joshua Silberstein and Everything's Coming Up Millhouse, LLC*

Page:  10
Debtor:  1 Thrasio One, Inc.
Case No.:  24-11850 (CMG)
Adversary Proceeding No.:  24-1637 (CMG)
Caption:  Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case

Dated:  November 13, 2025

**Klestadt Winters Jureller Southard & Stevens LLP**

*/s/ John E. Jureller, Jr.*
John E. Jureller, Jr., Esq.
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone:  (212) 679-5315
Email:  jjureller@klestadt.com


*Counsel for Yardline Capital Corp., and Hudson Palm, LLC*


**Kaplan Rice LLP**
*/s/ Michelle A. Rice*
Michelle A. Rice (admitted *pro hac vice*)
142 W. 57th Street, Suite 4A
New York, NY 10019
Telephone:  (212) 235-0300
Email:  mrice@kaplanrice.com

*Counsel for Ari Horowitz*

Page: 11
Debtor: 1 Thrasio One, Inc.
Case No.: 24-11850 (CMG)
Adversary Proceeding No.: 24-1637 (CMG)
Caption: Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case

Dated: November 13, 2025   **Glenn Agre Bergman & Fuentes LLP**

*/s/ Reid Skibell*
Reid Skibell., Esq.
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 970-1610
Email: rskibell@glennagre.com

*Counsel for Daniel Boockvar*