Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  1 Thrasio One, Inc.
Debtor

Case No.: 24−11850−CMG
Chapter 11

Meta Advisors, LLC, solely in its capacity as Trustee of
the Thrasio Legacy Trust
Plaintiff

v.

Joshua Silberstein
Defendant

Adv. Proc. No. 24−01637−CMG            Judge: Christine M. Gravelle

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 17, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 144 − 143
Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing onDefendants Motions to Dismiss Adversary Proceeding and Staying Case (related document:143 Stipulation Between Meta Advisors, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust and Defendants, re:Joint Stipulation and Agreed Order Adjourning Pretrial Conference and Hearing on Defendants' Motions to Dismiss Adversary Proceeding and Staying Case (related document:62 Motion to Dismiss Adversary Proceeding filed by Defendant Yardline Capital Corp., 63 Motion to Dismiss Adversary Proceeding filed by Defendant Joshua Silberstein, Defendant Everythings Coming Up Millhouse, LLC, 65 Motion to Compel filed by Defendant Joseph Falcao, 66 Motion to Dismiss Adversary Proceeding filed by Defendant Daniel Boockvar, 67 Motion to Dismiss Adversary Proceeding filed by Defendant Carlos Cashman, Defendant Mounir Ouhadi, Defendant Aditya Rathod, Defendant Cashman Family Investment II, LLC, 109 Motion to Dismiss Adversary Proceeding filed by Defendant Ari Horowitz, Defendant Hudson Palm LLC) filed by James S. Carr on behalf of Meta Advisors, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust. filed by Plaintiff Meta Advisors, LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/17/2025 (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 17, 2025
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Meta Advisors, LLC, solely in its capaci,
    Plaintiff

Adv. Proc. No. 24-01637-CMG

Joshua Silberstein,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Nov 17, 2025      Form ID: orderntc      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Aditya Rathod, 9 Margaret Ct, Fairlawn, NJ 07410-4808 |
| dft | | Ari Horowitz, 28 Osprey Rd., Amagansett, NY 11930 |
| dft | + | Carlos Cashman, 5 Stagecoach Ln, Dover, MA 02030-4102 |
| dft | + | Cashman Family Investment II, LLC, 850 New Burton Road, Ste 201, Dover, DE 19904-5786 |
| dft | + | Daniel Boockvar, 161 W. 75th Street, 5d, New York, NY 10023-1802 |
| dft | + | Everythings Coming Up Millhouse, LLC, 251 Little Falls Drive, Willmington, DE 19808-1674 |
| dft | + | Hudson Palm LLC, 11 Highwood Road, Westport, CT 06880-1119 |
| dft | + | Joseph Falcao, 27 Mohawk Path, Holliston, MA 01746-3304 |
| dft | + | Joshua Silberstein, Akerman LLP, 750 Ninth Street, N.W., Suite 750, Washington, DC 20001-4589 |
| pla | + | Meta Advisors, LLC, solely in its capacity as Trus, META Advisors LLC, 3 World Trade, New York, NY 10007-0042 |
| dft | + | Mounir Ouhadi, 175 Hancock St., Apt 2, Cambridge, MA 02139-1737 |
| dft | + | Yardline Capital Corp., 251 Little Falls Drive, Wilmington, DE 19808-1674 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

**Name**      **Email Address**

Jae H Cho

Case 24-01637-CMG    Doc 145    Filed 11/19/25    Entered 11/20/25 00:16:03    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: orderntc | Total Noticed: 12 |

| | |
|---|---|
| | on behalf of Defendant Joseph Falcao jae@felicellolaw.com  kristen@cholegal.com |
| James S. Carr | |
| | on behalf of Plaintiff Meta Advisors  LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust KDWBankruptcyDepartment@KelleyDrye.com;MVicinanza@ecf.inforuptcy.com |
| John E. Jureller, Jr. | |
| | on behalf of Defendant Ari Horowitz jjureller@klestadt.com |
| John E. Jureller, Jr. | |
| | on behalf of Defendant Yardline Capital Corp. jjureller@klestadt.com |
| John E. Jureller, Jr. | |
| | on behalf of Defendant Hudson Palm LLC jjureller@klestadt.com |
| John G. Doyle | |
| | on behalf of Defendant Cashman Family Investment II  LLC jdoyle@sheppardmullin.com |
| John G. Doyle | |
| | on behalf of Defendant Mounir Ouhadi jdoyle@sheppardmullin.com |
| John G. Doyle | |
| | on behalf of Defendant Aditya Rathod jdoyle@sheppardmullin.com |
| John G. Doyle | |
| | on behalf of Defendant Carlos Cashman jdoyle@sheppardmullin.com |
| Lindsey Reid Skibell | |
| | on behalf of Plaintiff Meta Advisors  LLC, solely in its capacity as Trustee of the Thrasio Legacy Trust rskibell@glennagre.com |
| Lindsey Reid Skibell | |
| | on behalf of Defendant Daniel Boockvar rskibell@glennagre.com |
| Mark S. Lichtenstein | |
| | on behalf of Defendant Joshua Silberstein mark.lichtenstein@akerman.com  Reyko.delpino@akerman.com |
| Mark S. Lichtenstein | |
| | on behalf of Defendant Everythings Coming Up Millhouse  LLC mark.lichtenstein@akerman.com, Reyko.delpino@akerman.com |

TOTAL: 13