UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 24-11850 |
| 1 THRASIO ONE, INC. | Chapter: 11 |
| | Judge: Gravelle |
| META ADVISORS, LLC, SOLELY IN ITS CAPACITY AS TRUSTEE OF THE THRASIO LEGACY TRUST, | Adv. Case No.: 24-01637 |
| Plaintiff | |
| v. | |
| JOSHUA SILBERSTEIN; CARLOS CASHMAN; DANIEL BOOCKVAR; JOSEPH FALCAO; MOUNIR OUHADI; ADITYA RATHOD; ARI HOROWITZ; EVERYTHING'S COMING UP MILLHOUSE, LLC; CASHMAN FAMILY INVESTMENT II, LLC; HUDSON PALM LLC; AND YARDLINE CAPITAL CORP., | |
| Defendants | |

---

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

---

META Advisors, LLC, Plaintiff, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**

Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _Christine M. Gravelle on January 27, 2026 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** Pursuant to the Bankruptcy Court's order [Case No. 24-11840, Docket No. 1124] (the "Confirmation Order") confirming the First Amended Joint Plan of Reorganization of Thrasio Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Case No. 24-11840, Docket

No. 1124, Ex. A] (as may be amended, modified, and/or supplemented, the "Plan"), certain claims and causes of action belonging to the Debtors and their estates were vested in the Thrasio Legacy Trust (the "Vested Causes of Action").  The Plaintiff, on behalf of the Thrasio Legacy Trust, asserted certain Vested Causes of Action against the Defendants.

**Pertinent terms of settlement:**  (a) Defendants shall pay to the Plaintiff a total sum of $65,000,000 on or before the deadline designated in the Settlement; (b) Effective on the Settlement Effective Date, the Plaintiff and the Defendants will provide mutual releases (as set forth in the Settlement); and (c) Defendants and Defendant Releasees shall be deemed to have withdrawn any and all proofs of claim any Defendant or Defendant Releasee filed in the Bankruptcy Case.

Objections must be served on, and requests for additional information directed to:

Name:   James S. Carr and Connie Choe

Address:   7 Giralda Farms, Suite 340, Madison, New Jersey 07940

Telephone No.: (973) 503-5900

*rev.8/1/15*